UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) | |
| v. | ) | Case No. |
|  | ) ) ) ) | |
| Defendant(s) | ) | |

**NOTICE OF CONVENTIONAL FILING**

**Please take notice** that (Plaintiff/Defendant) _____,(Name of Party) _____,

shall conventionally file the original and one copy of the following document, paper or other material:

_____
(Title of Document, Paper or Other Material)

This document, paper, or other material has not been filed electronically because:

☐    it cannot be converted to electronic format

☐    the electronic file size of this material exceeds 10 megabytes (MB)

☐    it is filed under seal

☐    the Court by Order has excused electronic filing

☐    it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material will be conventionally served on all parties.

                                                      s/_____
                                                    Name
                                                    Attorney bar number, if applicable
                                                    Address
                                                    City
                                                    State, Zip Code
                                                    Phone:
                                                    Fax:
                                                    E-mail:

*Certificate of Service*

\_\_\_\_ I hereby certify that on (date) _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

\_\_\_\_\_ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

\_s/_____
s/ Attorney Name